Argued May 23, affirmed in part; reversed and remanded in part June 27, reconsideration denied August 2, petition for review denied September 8, 1978

TOWE, *Claimant,*
*v.*
STATE ACCIDENT INSURANCE FUND,
*Respondent.*
(No. 76-2810, CA 9963)

579 P2d 1314

Gordon W. Stewart, Madras, argued the cause and filed the brief for petitioner.

Lawrence J. Hall, Associate Counsel, State Accident Insurance Fund, Salem, argued the cause for respondent. With him on the brief were K. R. Maloney, Chief Counsel, and James A. Blevins, Chief Trial Counsel, State Accident Insurance Fund, Salem.

Before Schwab, Chief Judge, and Lee, Richardson and Joseph, Judges.

PER CURIAM.

## PER CURIAM.

In this workers' compensation case the claimant appeals from the order of the Board which reads:

> "The order of the Referee, dated May 27, 1977, is reversed.
>
> "Claimant's claim for a myocardial infarction suffered on or about October 28, 1975 is hereby denied.
>
> "The State Accident Insurance Fund is hereby ordered to pay claimant time loss benefits, commencing October 11, 1975 and until November 13, 1975, the date claimant was referred to Dr. Lee for surgery, less time worked."

He contends that the claim for the myocardial infarction should have been allowed and that in any event the provision of the referee's order awarding him attorney fees should not have been reversed.

On the issue of compensability, we affirm. *See, Bowman v. Oregon Transfer,* 33 Or App 241, 576 P2d 27 (1978). Because claimant prevailed on a rejected claim, even though only for temporary disability, he was, as the respondent concedes, entitled to an attorney fee at that level.

Affirmed in part; reversed and remanded in part.